No. 78–392. TRACY ET AL. *v.* RUTCOSKY ET UX. Sup. Ct. Wash. Certiorari denied.

No. 78–400. HAHN-DIGUISEPPE *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–404. FIRST PENNSYLVANIA BANK N. A. *v.* MONSEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–405. NOGALES SERVICE CENTER *v.* ATLANTIC RICH-FIELD Co. Ct. App. Ariz. Certiorari denied.

No. 78–415. MAGNUSON *v.* BURLINGTON NORTHERN, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 78–426. GARZIA ET UX. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 78–427. GAETANO ET AL. *v.* SILBERT, UNITED STATES ATTORNEY. C. A. D. C. Cir. Certiorari denied.

No. 78–452. WOODWARD STATE HOSPITAL-SCHOOL ET AL. *v.* AUXIER. Sup. Ct. Iowa. Certiorari denied.

No. 78–473. STANDARD *v.* COWAN, PENITENTIARY SUPER-INTENDENT. C. A. 6th Cir. Certiorari denied.

No. 78–508. IZSAK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–543. FRAZIER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.